Western Union Telegraph Company. No opinion. Motion denied, without costs. Settle order on notice. See, also, 144 N. Y. Supp. 1117.

---

GNECCO, Respondent, v. PEDERSEN, Appellant. (Supreme Court, Appellate Division, Second Department. December 19, 1913.) Action by James Gnecco against Hans F. Pedersen. No opinion. Judgment and order reversed, and new trial granted, costs to abide the event, on the ground that the verdict is against the clear weight of evidence. See, also, 155 App. Div. 914, 140 N. Y. Supp. 1121.

---

GODESKY v. CUFF et al. (Supreme Court, Appellate Division, Second Department. November 28, 1913.) Action by Frank Godesky against Elizabeth A. Cuff and others.

PER CURIAM. The original plans and photographs, and such part of the specifications as pertain to stucco and plastering, may be produced on the argument. Order modified accordingly, and, as so modified, affirmed, without costs. See, also, 157 App. Div. 937, 142 N. Y. Supp. 1119.

---

GOLDSTEIN, Respondent, v. NELSON BLACK CONST. CO. et al., Appellants. (Supreme Court, Appellate Division, First Department. December 31, 1913.) Action by Lazarus Goldstein against the Nelson Black Construction Company and others. J. J. Cunningham, of New York City, for appellants. E. J. Krug, Jr., of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

---

GONZIRTIS, Respondent, v. ARBUCKLE et al., Appellants. (Supreme Court, Appellate Division, Second Department. November 28, 1913.) Action by Galando Gonzirtis against John Arbuckle and another. No opinion. Order affirmed, without costs.

---

GOODYEAR v. H. J. KOEHLER SPORTING GOODS CO. (Supreme Court, Appellate Division, First Department. December 12, 1913.) Action by Frank C. Goodyear against the H. J. Koehler Sporting Goods Company. No opinion. Motion granted. Order filed. See, also, 143 N. Y. Supp. 1046.

---

GRACE, Respondent, v. LONG ISLAND R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. December 19, 1913.) Action by Carmine Grace against the Long Island Railroad Company. No opinion. Motion for reargument denied, with $10 costs.

---

GREACEN, Respondent, v. PAKAS, Appellant. (Supreme Court, Appellate Division, First Department. December 19, 1913.) Action by Thomas E. Greacen against Solomon L. Pakas. A. Roelker, of New York City, for appellant. A. B. Carrington, of New York City, for re-

spondent. No opinion. Judgment affirmed, with costs. Order filed.

---

GREATER NEW YORK FILM CO., Appellant, v. MOTION PICTURE PATENTS CO., Respondent. (Supreme Court, Appellate Division, First Department. December 26, 1913.) Action by the Greater New York Film Company against the Motion Picture Patents Company. G. A. Rogers, of New York City, for appellant. Leventritt, Cook & Nathan, of New York City, for respondent. No opinion. Judgment affirmed, with costs, on opinion in 157 App. Div. 906, 142 N. Y. Supp. 356. Order filed. See, also, 157 App. Div. 916, 142 N. Y. Supp. 1120.

---

GREENBERG, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, First Department. December 31, 1913.) Action by Michael Greenberg, an infant, against the New York Central & Hudson River Railroad Company. J. Aronson, of New York City, for appellant. G. H. Mallory, of New York City, for respondent.

PER CURIAM. Order modified, so far as to set aside the satisfaction of the judgment and to authorize the issue of execution for $3,000 and interest, and, as modified, affirmed, without costs, on the authority of Wile in v. Metropolitan St. Ry. Co., 80 App. Div. 55, 80 N. Y. Supp. 233, and Heiter v. Joline, 135 App. Div. 13, 119 N. Y. Supp. 819. Settle order on notice.

---

GREENE, Appellant, v. FABER, Respondent. (Supreme Court, Appellate Division, Second Department. November 14, 1913.) Action by Everett Greene against Leander B. Faber, individually and as receiver, etc. No opinion. Motion to dismiss appeal denied, without costs. See, also, 158 App. Div. 149, 143 N. Y. Supp. 27; 144 N. Y. Supp. 1118.

---

GREENE, Appellant, v. FABER, Respondent. (Supreme Court, Appellate Division, Second Department. December 12, 1913.) Action by Everett Greene against Leander B. Faber, individually and as receiver, etc.

PER CURIAM. Judgment affirmed, with costs, upon the authority of Greene v. Faber, 158 App. Div. 149, 143 N. Y. Supp. 27. See, also, 144 N. Y. Supp. 1118.

JENKS, P. J., not voting.

---

GREENE et al., Respondents, v. PECK, Appellant. (Supreme Court, Appellate Division, Second Department. November 7, 1913.) Action by Louis F. Greene and Henry E. Knight, Jr., copartners, etc., against Annie E. Peck. No opinion. Judgment and order reversed, and new trial granted, costs to abide the event, on the ground that the alleged statements (plaintiffs' Exhibits 11 and 12) were improperly admitted in evidence.

---

GREER et al., Respondents, v. SMITH, Appellant. (Supreme Court, Appellate Division,

Second Department. December 5, 1913.) Action by Clara A. M. Greer and others against Samuel Smith. No opinion. Judgment and order affirmed, with costs.

GREISSMAN v. CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. December 26, 1913.) Action by Isak Greissman against the City of New York. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.

GRIFFIN, Respondent, v. CUNARD S. S. Co., Limited, Appellant. (Supreme Court, Appellate Division, First Department. December 5, 1913.) Action by Patrick Griffin against the Cunard Steamship Company, Limited. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 144 N. Y. Supp. 517.

GRUNBAUM, Respondent, v. BAUMANN, Appellant. (Supreme Court, Appellate Division, First Department. November 21, 1913.) Action by Julius Grunbaum against Sidney J. Baumann. E. L. Prentiss, of New York City, for appellant. W. A. Shepard, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

GURFEIN, Appellant, v. BREWSTER, Respondent. (Supreme Court, Appellate Division, First Department. December 31, 1913.) Action by Fanny Gurfein, an infant, against Helen L. Brewster. O. L. Mills, of New York City, for appellant. E. J. Treacy, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

HAHN, Respondent, v. CONREID METROPOLITAN OPERA CO., Appellant. (Supreme Court, Appellate Division, First Department. December 31, 1913.) Action by Jeanette K. Hahn against the Conreid Metropolitan Opera Company. T. H. Lord, of New York City, for appellant. S. J. Liebeskind, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed. See, also, 135 App. Div. 916, 119 N. Y. Supp. 1127.

In re HANCOCK. (Supreme Court, Appellate Division, Second Department. November 28, 1913.) In the matter of the application of William Henry Hancock for admission to the bar. No opinion. Application granted, and order signed.

HANLY, Respondent, v. H. S. HORTON & CO. et al., Appellants. (Supreme Court, Appellate Division, First Department. December 5, 1913.) Action by Daniel Hanly, as receiver, etc., against H. S. Horton & Co. and others. T. G. Prioleau, of New York City, for appellants. W. L. Tierney, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed. See, also, 150 App. Div. 931, 135 N. Y. Supp. 1116.

HANNAN v. FISHEL & CO. (Supreme Court, Appellate Division, First Department. July 11, 1913.) Action by Kate Hannan against Fishel & Co. INGRAHAM, P. J. On filing the stipulations mentioned in memorandum, application denied; otherwise, application granted. Settle order on notice.

HANSEN, Respondent, v. PIGUERON, Appellant. (Supreme Court, Appellate Division, Second Department. December 31, 1913.) Action by Morten B. Hansen against William G. Pigueron. No opinion. Judgment and order unanimously affirmed, with costs.

HARING, Respondent, v. BROOKLYN HEIGHTS R. Co. et al., Appellants. (Supreme Court, Appellate Division, Second Department. December 31, 1913.) Action by Harriet E. Haring against the Brooklyn Heights Railroad Company and another. No opinion. Judgment affirmed, with costs.

HARPER, Appellant, v. COHEN, Respondent. (Supreme Court, Appellate Division, First Department. December 5, 1913.) Action by Emma F. Harper against Hermann Cohen. G. E. Joseph, of New York City, for appellant. E. L. Mooney, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

In re HARRIS. (Supreme Court, Appellate Division, First Department. November 28, 1913.) In the matter of Michael H. Harris. No opinion. Referred to official referee. Settle order on notice.

HART, Respondent, v. PITTSBURG CONTRACTING CO., Appellant. (Supreme Court, Appellate Division, First Department. November 28, 1913.) Action by Tillie Hart against the Pittsburg Contracting Company. J. A. Goodwin, of White Plains, for appellant. H. L. Scheuerman, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed. See, also, 144 N. Y. Supp. 1119.

HART v. PITTSBURG CONTRACTING CO. (Supreme Court, Appellate Division, First Department. December 26, 1913.) Action by Tillie Hart against the Pittsburg Contracting Company. No opinion. Motion denied, with $10 costs. Order filed. See, also, 144 N. Y. Supp. 1119.

In re HARTRIDGE. (Supreme Court, Appellate Division, First Department. December 31, 1913.) In the matter of Clifford W. Hart-